# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2427
LT Case No. 2020-CF-002984-A

_____

CLAUDIA J. JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Lake County.
Lawrence J. Semento, Judge.

Matthew J. Metz, Public Defender, and Andrew Mich, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Daytona Beach, for
Appellee.

October 25, 2024

PER CURIAM.

AFFIRMED. *See O'Malley v. State*, 378 So. 3d 672 (Fla. 5th DCA
2024) (sentencing court may assess $100 in cost of prosecution
where the State does not request it); *see also Parks v. State*, No.
SC2023-1355, 2024 WL 370043 (Fla. Jan. 31, 2024) (accepting
conflict jurisdiction).

EDWARDS, C.J., and HARRIS and PRATT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————